U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

V. : Case No. 20-CR-291 (JEB)

:

Victor Sanchez :

## O R D E R

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __25th__ day of January, __2021__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by the Federal Bureau of Investigation (FBI) to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to the FBI Washington Field Office for "routine processing," and that this be a condition of being released on bond :

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)

DOJ USA-16-80

COURT

USP LVN